DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUROPA BY-THE-SEA CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**DELRADO, INC.** d/b/a **EL DORADO CLUB, THE PALM YACHT & BEACH CLUB, INC., JAMES EDMONDSON,** and **TOWN OF LAUDERDALE BY-THE-SEA, FLORIDA,**
Appellees.

No. 4D18-447

[February 28, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case Nos. 09-028548, 09-028554, 09-028558, 09-028566.

Richard L. Petrovich and Stephanie C. Mazzola of Tripp Scott, P.A., Fort Lauderdale, for appellant.

John H. Pelzer of Greenspoon Marder, P.A., Fort Lauderdale for appellees Delrado, Inc. d/b/a El Dorado Club, The Palm Yacht & Beach Club, Inc., and James Edmondson.

Laura K. Wendell, Susan L. Trevarthen, and Daniel L. Abbott of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale for appellee Town of Lauderdale By-The-Sea, Florida.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***